NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: APPLE INC.,**
*Appellant*

2016-1402

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/012,332.

**ON MOTION**

Before NEWMAN, *Circuit Judge*.

# O R D E R

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. move collectively to file a brief *amici curiae* in support of the Director of the United States Patent and Trademark Office. Apple Inc. opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Samsung *amici* brief is accepted for filing.

2　　　　　　　　　　　　　　　　　　　　　　　　IN RE: APPLE INC.

                FOR THE COURT

                <u>/s/ Peter R. Marksteiner</u>
                Peter R. Marksteiner
                Clerk of Court

s31