# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Apple Inc.     v.

Case No.     2016-1402

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ☒ (amicus) ☐ (name of party)

Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Samsung Electronics Co., Ltd. | Not applicable | None |
| Samsung Electronics America, Inc. | Not applicable | Samsung Electronics Co., Ltd. (parent) |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

QUINN EMANUEL URQUHART & SULLIVAN LLP: Kathleen M. Sullivan; Victoria F. Maroulis; William B. Adams.

09/15/2016
Date

/s/ Kathleen M. Sullivan
Signature of counsel

Please Note: All questions must be answered

Kathleen M. Sullivan
Printed name of counsel

cc:

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  September 15, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Kathleen M. Sullivan | /s/ Kathleen M. Sullivan |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Quinn Emanuel Urquhart & Sullivan LLP |
| Address | 51 Madison Avenue, 22nd Floor |
| City, State, Zip | New York, NY 10010 |
| Telephone Number | (212) 849-7000 |
| Fax Number | (212) 849-7100 |
| E-Mail Address | kathleensullivan@quinnemanuel.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields